UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:21-cr-48-TJC-PDB
21 U.S.C. § 846

KIMBERLY MICHELLE CLARIDY WALKER
NEAL MERRELL WALKER
MARCUS ANTONIO PETERSON
RAMONE LAZAI ASTIN
  a/k/a Ray
ALFRED EUGENE BELL
  a/k/a Junior
MAR'QUEZ MAURICE MICKLER
  a/k/a Quez
DAVID LEE GEATHERS
BRANDIESA TYLESE WILLIAMS
  a/k/a Ty

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about July, 2018, and continuing through on or about April 13, 2021, in the Middle District of Florida, and elsewhere, the defendants,

        KIMBERLY MICHELLE CLARIDY WALKER
        NEAL MERRELL WALKER
        MARCUS ANTONIO PETERSON
        RAMONE LAZAI ASTIN
          a/k/a Ray
        ALFRED EUGENE BELL
          a/k/a Junior
        MAR'QUEZ MAURICE MICKLER
          a/k/a Quez
        DAVID LEE GEATHERS
        BRANDIESA TYLESE WILLIAMS
          a/k/a Ty

did knowingly and willfully conspire with each other and with other persons, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute controlled substances.

With respect to each defendant, the violation involved a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, or MDMA, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of α-Pyrrolidinopentiophenone, or alpha-PVP, a Schedule I controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of a conspiracy to violate 21 U.S.C. § 841(a)(1) in violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States of America, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

    3.    The property to be forfeited includes, but is not limited to, the following:

(1) $148,023.75 in U.S. currency, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(2) $606.86 in U.S. currency (originally Jamaican currency, converted to U.S. currency), seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(3) $18,283 in U.S. currency, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(4) $8,768 in U.S. currency, seized during the search of 6845 Arlington Expressway, Jacksonville, Florida, on or about April 13, 2021,

(5) $5,000 in U.S. currency, seized during the search of 1044 E. 14th Street, Jacksonville, Florida, on or about April 13, 2021,

(6) $654.31 in U.S. currency, seized during the search of 1044 E. 14th Street, Jacksonville, Florida, on or about April 13, 2021,

(7) $4,387.76 in U.S. currency, seized from a Navy Federal Credit Union checking account, account number ending in 4435, in the name of K&N Lawn N Pressure Washing Service LLC,

(8) a 2015 BMW 5501, VIN WBAKN9C58FD960901,

(9) a 2015 Lexus IS 250, VIN JTHBF1D2XF5052478,

(10) a 2013 Audi AS L Quattro, VIN WAURGAFD7DN001297,

(11) a 2020 Ryker Rally Edition motorcycle, VIN 3JB2GEG25LJ000932,

3

(12) a Jimenez Arms .380 caliber pistol, serial number 287597, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(13) a 30 round Scherer magazine, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(14) a 15 round Glock magazine, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(15) assorted .40 caliber ammunition, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(16) a Smith & Wesson handgun magazine, seized during the search of 1044 E. 14th Street, Jacksonville, Florida, on or about April 13, 2021,

(17) a Glock .40 caliber pistol, serial number HKV649, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(18) a Glock .45 caliber pistol, serial number AAZ620, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(19) a SCCY Industries 9 mm Pistol, serial number 794740, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(20) a Harrington and Richardson revolver, serial number AY042628, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(21) a .40 caliber magazine with 18 rounds of ammunition, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(22) two handgun magazines, seized during the search of 4455 Confederate Point Road, Apt. 2F, Jacksonville, Florida, on or about April 13, 2021,

(23) a Rolex Datejust watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(24) a Rolex Day-Date watch, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(25) a gold necklace containing large lion head charm with clear and red stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(26) a gold necklace with small lion head charm, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(27) a large gold chain link bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(28) a gold chain link necklace containing clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(29) a gold diamond cut bracelet, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(30) a gold bracelet with circular flowers and clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(31) a gold bracelet containing large X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(32) a gold bracelet containing smaller X's with clear stones, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

(33) a Christian Louboutin purse, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021,

  (34) a Christian Louboutin belt, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021, and

  (35) a pair of Versace shoes, size 38, seized during the search of 7253 Michael Terrace, Jacksonville, Florida, on or about April 13, 2021.

4. If any of the property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence,

  b. has been transferred or sold to, or deposited with, a third party,

  c. has been placed beyond the jurisdiction of the court,

  d. has been substantially diminished in value, or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

          A TRUE BILL,

          */s/ Vivian Johnson*
          Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34  
5/13/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KIMBERLY MICHELLE CLARIDY WALKER  
NEAL MERRELL WALKER  
MARCUS ANTONIO PETERSON  
RAMONE LAZAI ASTIN  
  a/k/a Ray  
ALFRED EUGENE BELL  
  a/k/a Junior  
MAR'QUEZ MAURICE MICKLER  
  a/k/a Quez  
DAVID LEE GEATHERS  
BRANDIESA TYLESE WILLIAMS  
  a/k/a Ty

## INDICTMENT

Violations:   21 U.S.C. §§ 841(a)(1), 846, & 841(b)(1)(C)

A true bill,

_____  
Foreperson

Filed in open court this 13th day

of May, 2021.

_____  
Clerk

Bail $ _____

GPO 863 525